52843. WILLIAMS v. TRIBBLE et al.

CLARK, Judge.

"On direct examination, to afford a basis for the assertion of error, it must appear that a pertinent question was asked, that the court ruled out an answer, that a statement was made to the court at the time showing what the answer would be, and that such testimony was material and would have benefited the complaining party. *Barron v. Barron,* 185 Ga. 346 (194 SE 905); *Rainey v. Moon,* 187 Ga. 712, 718 (2 SE2d 405); *Page v. Brown,* 192 Ga. 398, 401 (15 SE2d 506)." *Foster v. National Ideal Co.,* 119 Ga. App. 773 (1) (168 SE2d 872). Application of that established evidentiary rule requires us to affirm the trial court's action in sustaining the defendants' motion for a directed verdict upon the evidence contained in the trial transcript.

*Judgment affirmed. Bell, C. J., and Stolz, J., concur.*

ARGUED OCTOBER 6, 1976 — DECIDED OCTOBER 18, 1976 — REHEARING DENIED NOVEMBER 10, 1976 —

*Hugh M. Dorsey, III,* for appellant.

*Polatty & Sullivan, George J. Polatty, Jr.,* for appellees.